Okay, our last case this morning is case number 4 1 7 0 1 3 3 and we're the matter of rocker for The appellate we have Scott Dempsey for the aptly Kenneth right step Mr.. Dempsey you may proceed May please the court counsel In this case mr.. Rocker filed a petition to terminate a guardianship that had first been established in 2011 Based on a psychiatrist report at that time who was mr.. Rocker's attending psychiatrist dr.. Timothy Roberts at that point mr. Rocker was delusional suffering from bipolar condition that affected his ability to manage his own affairs He's not capable of making decisions. He was suffering from an active psychosis That made it Impossible for him to manage his own estate and affairs the petition to terminate guardianship was filed the hearing was held and The evidence at the hearing on the petition to terminate guardianship really fell into two categories The first category is what I'll call expert testimony from two psychiatrists who examined Mr.. Rocker and then remaining testimony which was basically in our opinion mostly hearsay testimony to establish that In the position of the guardian that mr. Rocker was the subject of scammers and that because he was being scammed that this guardianship should continue I think the medical testimony was overwhelming that mr. Rocker did not suffer at that time from any sort of delusion. He was not suffering from a psychosis He was decisional and he was capable of managing the court make a decision that he no longer had a disability The Court did not specifically use the term disability. I would refer though to the transcript where Judgment Peter said I find he knows what he's doing. He's not suffering a delusion He's making a conscious decision on his part, but he's not getting the result that he wants. He still continues to do it so I believe And there's additional Statements from the trial court in making his findings that mr. Rocker was declared by a psychiatrist to be decisional that he understands. He's sending money, but it's not logical It's not something that he has any basis for a belief that the money is going for what he thought it was going to go for so Although he didn't specifically The trial court didn't specifically say he's not disabled I believe from a medical standpoint the trial court made the decision that mr. Rocker was not suffering from a delusion or there's a trial court make a finding that he was not delusional Yes, I believe that is specifically what? But Judgment Peter was indicated that's on page 91 of the report second report of proceedings where judgment Peter said he's not suffering a delusion He's making a conscious decision on his part, but he also says Mr.. Rocker the petitioner here is it is it the disabled person is Still in need of a guardian to handle his estate to keep it from suffering waste, and I don't believe he's capable Capable of resisting the calls that he receives I think then that gets back to the the two-part analysis that I was going to get into first off the medical testimony I think the the court's only conclusion can be reached based on the two psychiatrists examined him was that he's not Disabled from a medical standpoint. I think it's well, but he calls him and disabled person That's why I think the trial court's decision was against the math as way of the evidence because even with the clear and convincing Burden of proof in this case there was absolutely no medical testimony no expert testimony to say that mr. Rocker was not decision was their medical testimony that Bipolar disorder is cured. No, it's a very medical testimony that it depends upon It entirely depends upon his willingness to take medication and seek treatment nothing to that effect Dr.. Roberts said that in other words a bipolar person is always a bipolar person But it may be managed sufficiently for them to control their affairs or to get along There's a large percentage of the population that suffers from bipolar conditions suffers from depression That is not in need of a guardianship, and I think so if the doctor says He's not he's bipolar But it's well treated seems to be he seems to be managing well, and yet. He still has this What one could call a compulsive desire and one could simply call? What the judge says he is not capable of? Resisting these calls now capability to resist Temptation is Not necessarily part of being bipolar but it's certainly something to consider when you're either establishing a guardianship or Attempting to terminate the guardianship correct But I think there is a distinction in that both of the psychiatrists indicated that he is decisional There's no doubt that he was sending money to people he didn't know that was established What the reason for sending that money was is again part of this appeal as to the hearsay evidence? It was allowed by the trial court to establish why he allegedly saying that money so that goes to the evidence It's not the medical evidence But from a standpoint of didn't mr. Know that he was sending money to people did he know what he was doing the psychiatrist both said without any Doubt yes, he knows what he's doing these are all conscious decisions that he is making this is not the product of any psychosis This is not the product of his bipolar condition Any more than any other person that's walking around the suffers from bipolar condition or from? Depression is making a decision how they want to spend their money, and they're not every person that has depression or bipolar Condition is subject to a guardianship We don't be reasonable for you to concede and this is on a different issue That if he Continues To make these decisional choices that it will lay waste to his estate No, I would not concede that your honor for a couple of reasons first off if you look at The situation he's under where he's allotted a certain amount of money by the Guardian every week to spend He has his income from his self-employment as a gardener the testimony at the hearing was that Despite the fact that he's been saying this money to people Not a single time has he ever had to go back to the Guardian and said look I don't have enough money because I haven't budgeted this so I don't have any money for food. I don't have any money for gas I don't have money for my basic living expenses, which again. I think if you're looking at just the non-medical evidence Establishes that even if he's sending this money to people that he's able to know look I can only spend X number of dollars or send X number of dollars to these people who I believe are in need Because I need to pay for food. I need to pay for gas I need to pay for all my necessary living expenses if you look at the evidence Is that not a single time? Since he's been on this guardianship has he ever had to go back to the Guardian and say I don't have enough money for food In fact he manages all the rest of his assets and his money himself the only aspect and I think it's clear from the judge's ruling that the only aspect that the Guardian believes is necessary to be managed and the reason for guardianship is because They believe that he's sending money to people overseas that they categorize this as scammers or to people in this country They categorize as scammers every other aspect of his finances is a state he manages himself If you lose on the hearsay Side of it Is it easier to understand the judge's decision I think You can understand what the judge based on so I don't think the judge's decision was based on the medical evidence So I think it was based solely on the hearsay testimony Of Lauren Coons and about what she discovered which again is purely hearsay So I believe of course decision was based solely on that evidence not on the medical evidence whatsoever Especially be considered the fact that the trial court determined that mr. Walker was not delusional. Well is the Is their testimony other than hers about the Situation involving his partner Who had an estate or allegedly had an estate? somewhere in Africa and that that was Gonna reap some benefits for him in the future the only testimony came from mr. Walker himself that he said that That he'd been contacted and notified that there was a state out there that he was hoping to receive money from Significant sound correct significant sums of money correct and very significant. Yeah, perhaps larger than his own trust. That's correct and This was from a an alleged representative of was it the Nigerian government or other South Africa? Well, it was a lawyer that it was a lawyer Representing correct and that the money was in a bank account in South Africa And what should the trial court? Think about that. Well, there was no evidence Presented by anyone that that in fact was not The situation where there in fact his late partner did not have an estate I mean it might be something that would be hard to comprehend But if there's the potential and you have the money available if you spend perhaps a small sum of money Just to try to see look maybe I am gonna inherit millions of dollars All I have to do is spend a small sum of money to be able to get this It's a worth it's a risk that's worth taking because I have the money to be able to do that maybe that's not a reasonable thing to do maybe that's not a basis for continuing a Guardianship, but there was no evidence that this in fact was a scam. So the only evidence that mr. Rocker was Subject to these so-called scammers came from Lauren Coons and that wasn't even Talking to or discussing mr. Rocker specific situation with anyone. This was involving phone calls That she received from someone named David Richard Williams Dr. Roberts agreed No, he I think he said that These may be scams. They may not be I've told him that it may not be a wise decision to send his money, but That doesn't mean these delusional that doesn't mean that he is not decisional that he knows what he's doing And he'd be considered a disabled adult in need of the continuation of the guardianship Determination state And he'd be considered a disabled adult purposes that continue disabled purposes of continuing the guardianship Without a specific finding that he is quote suffering from a mental disease or defect. I believe that that Is required and I think as I indicated in our reply brief There's not a whole lot of case law out there on what's required for termination of guardianship. And so this court in the Fowles case And the Gavin case we cited Looked back to what is required for the initial appointment of a guardian And if you look at the definition of a person with a disability under Section 8 or 11 a dash 2 of the probate code It makes it clear under subparagraph B that it's a person with a mental illness a person with a developmental disability who Because of his mental illness or developmental disability is not fully able to manage his person or as a state So if you look at the initial determination that's required to find someone to be a disabled adult It's not just that he has a mental illness and he's making decisions that we don't believe are appropriate or that we don't believe are In the best interest of his estate those decisions or the reason he's unable to manage his affairs It has to be because of the mental illness. I think that's what the key in He doesn't satisfy the definition at this time of being a person with a disability as defined by the probate act when dr Roberts originally found that he was a disabled person when the guardianship is originally established what part of the definition statute regarding disability I Think it's clear from his initial report that he said he was delusional at that point that he was suffering from bipolar Condition that he was unable to manage his own affairs. I think that's all specifically in in his report I think that That would appear to be subsection G and your section 11 a-2 correct subsection by by LCS Yeah, it wasn't because There's been some argument that Terminating his guardianship would not be appropriate because of it results in waste I mean waste is only discussed in subsection C. Where talks about the need for guardianship because of Gambling I illness debauchery or obsessive use of intoxicants or drugs, so I mean I think it's clear that it was subsection B That dr. Roberts was relying upon at that time and is it fair to say then at? At the other petition to terminate that dr. Roberts Roberts test mode can be construed to say that Subsection B. No longer applies Correct because this person yes, it's both dr. Roberts, and then the second opinion from dr. Wiseman both said that he's decisional that any decisions. He's making are not the product of the mental illness which at that point was only Bipolar condition which was managed he said it was under control it had been under control for quite some time So the decisions that he was making they both were asked are you aware that he's wiring money to people you saying people? They both said yes, they were But that is not the crux of their determination that he's not in need of a guardianship He's not to say if this court found that it was not clear whether the court actually Made a determination whether your client was disabled would be appropriate for us to Reverse or remain for the court to consider that because we consider that something that is necessary Statue to continue the garden absolutely I think if the court was to say that we need specific findings as to whether or not he is meets the statutory definition of disability and whether or not the decisions that he is Making are the are because of or the product of a mental illness that he's presently suffering from I think that certainly would be appropriate and we would ask the court also then to I Guess I think we need to rehear him because again. I don't think it's appropriate that all that hearsay evidence was admitted again This was not simply harmless Admission of hearsay evidence is that's the only basis that the Guardian had to establish that The their claim that mr. Rocker was a subject of scammers or that these were not legitimate Donations and mr. Rocker was making it's important to remember that on mr. Rocker testimony. He admitted. He sent money to people He's admitted. He sent wires and and money words and things like that. He said that I'm a religious person I believe that's what God wants me to do. I believe these are charitable donations I've talked to some of these people these are people in need one person I sent money to because they were suffering I believe from cancer They died before they cashed the the money or hurt their family sent the money back to me I believe that these were all Legitimate people in need and I think that's what I'm called upon to do by God because I'm a religious person the only evidence that contradict that was all this hearsay evidence that Warren Let in that the judge allowed Because clearly it was to prove that Well, let's go back to the estate There anything charitable about that About sending money to people who who claim that they're gonna recover for you your partner's estate Correct, and I'm assuming that when this testimony came in There weren't any perhaps there were questions How Long have you known your partner Did you know before that he had this is there any reason for you to think that this is legitimate? Well, yeah, you know if the answer is yeah, he spent 15 years in South Africa working for a mining company that takes it out of the realm of Fantasy or out of the realm of the things that we've all seen on the internet So We are back to that that is evidence of something. That's correct. Yeah, I think mr. Rocker's testimony was that That his partner had a rather substantial state There have been involved in some sort of litigation involving his partner's brother as well And that this was something that came up Afterwards after the estate had been closed and after they reach an agreement on the settlement of his state here in the United States I believe mr. Rocker did say that he wasn't aware that he had any bank accounts I think the bank accounts were actually in England. I believe where it was. It was held through a merchant banker in South Africa so I think he did say look he wasn't aware that there have been great bank accounts in England that That that were part of his state, but you know, I guess that was the only evidence If the court was considered that to be a potentially some sort of scam That's the only evidence as part of his testimony that anything that he was sending overseas was not A legitimate charitable contribution to people that were in need or anything like that another question Do we have do we know in the record what his cash flow was? there are Well, we know that he was getting $400 a week from from the truck from the truck or from the Guardian for his basic living expenses the Guardian Miss Coon said that she did not know specifically how much money that he was receiving from his gardening work Basically, he keeps that money. He doesn't always deposit that money with the bank He managed that essentially himself and that he reports a figure for purposes of preparing the his tax return each year He gives them his mileage. He ducks that as a business expense But the Guardian didn't actually know how much money other than what he reported on his income tax returns As to how much he was earning from his gardening work. Well What did his return show? I don't know those were introduced it into evidence, but So we don't know and I don't know that this is essential, but just curiosity. We don't know what his disposable income Correct, and I think the important thing from that though is that outside of that $400 per week that the Guardian was given him He managed all that money himself, right? He kept track of everything We don't know how much all that money is correct and which has something to do with his ability to budget But apparently he was able to do that because he never wants it to go back to the Guardian I said I spent all my gardening money. I need you to give me more money for basic living expenses for food Let me ask you a question about the initial guardianship I Presume that from the record we can tell that his sister a sister or sisters were involved in this. That's correct and What brought Their attention to the fact that they believed their brother needed a guardianship At that point there was some evidence that he mr. Rocker had been involved in a scam where he had sent The actual amount of money. I think was a dispute somewhere between hundred to two hundred thousand dollars to a woman I believe Florida who ultimately was prosecuted for Conducting scams, I think she was ultimately convicted I think there's some evidence in the record that that was what led to the initial guardianship and his sister's involvement Before that came to their attention Had he had a history as far as they knew of making donations to charitable Organizations or sometimes perhaps maybe making Falling victim to what might have been a scam. I don't believe there's any evidence in the record from what I can see I was not mr. Rocker's counsel at that time I have nothing that I can see from the record that would indicate that prior to that that he was subject to Such scams again. That's when he's in the throes of the delusion the Bipolar disorder was only diagnosed After or during the time of the petition for guardianship I'm not certain about that because that hearing was not a contested hearing so I do not know I believe it was an uncontested hearing where simply the report of the dr. Roberts was on file and the guardianship was Was entered at that point and I don't believe the initial report from dr. Roberts indicates how long? Mr. Rocker had been suffering from the illusions of the parent. Well, wouldn't that be important for the future? knowing whether he Was bipolar long before that and Was already it or the opposite? He was not diagnosed Did not have any apparent behavior and yet he always Gave contributions to charity versus Having the disease diagnosed It's in a bad state with delusions Then it's treated with medication and now we have to look at his remaining life what Because if I can attribute if it is a physician I would want to have known if I were the psychiatrist whether this was an ongoing part of his behavior when he was Totally functional and there wasn't any delusion going on or whether this arose at a time when I suspected That's when I could make a diagnosis of bipolar. Well, I think based on dr. Roberts testimony I think both dr. Roberts and dr. Wiseman said that bipolar condition is a permanent condition I mean, yeah, but permanent and after it's diagnosed But does it have onset because there are various psychiatric conditions that have onset during particular age groups I mean, you know, you're happy at 12 and you're have a major depression at 18 And it's more likely that that will occur in the teen years or early or early adulthood versus childhood I think the more significant thing is that he's not been suffering from psychosis for several years before the petition to file I think both of the psychiatrists agreed that at least the last three Four years that he had not been delusional not been suffering from psychosis. So even though it is a permanent condition We don't necessarily know when the onset was that it's been a controlled condition as much as any other person who's walking around It doesn't have a guardianship is under control. It suffers from the same condition. Thank you. Thank you for the additional time You will have rebuttal with Mr. Rice that Represent the Guardian in this case And what was before the trial court your honors was obviously the termination of the guardianship that had been in place Termination under the statute has three Three factors report that the guardianship is no longer needed. There are reports here that it's no longer needed. That's true and as counsel pointed out there was no medical evidence on the other side to Put up a direct rebuttal. I will point out a couple of things with respect to the reports of the doctors Counsel had I think incorrectly stated Mistakenly stated that the physician stated that they were aware of various wire transfers that it made through Walmart I think that the record was clear that they were not aware of those wire transfers that it made Made at various Walmarts. And in fact, I think one of the transfers at least was made under an alias and that both doctors testified well, dr. Roberts specifically testified there is still a potential here for him to be scammed I don't think that's as clear a statement from dr. Weiss and that the potentials there, but he agreed as the court pointed out that he still does suffer from bipolar Disorder and that it's not curable the doctors felt that it had been managed that he still suffers from a disability in that respect and that This condition is never going to go away So it's your position the trial court did make a finding that he is disabled well That I listened to that question that you asked counsel with intent and I think he pointed out the port of the points in the record Regarding that and I think that he necessarily found him disabled by a result. Let me rephrase it. Is it necessary For you to succeed here today before this court For us to conclude the trial court indeed did find Mr. Rocker with disability. I think there'd have to be a continued disability with this individual and The court and I'll volunteer to the court on the question as to opposing counsel If that court needs a specific finding on that. I do think that it's in the purview and the Authority of this court to order a remand to make more specific findings. That's necessary I don't think it's necessary in this particular case And we look at the second factors your honor on the person with disability no longer wishes to be under a guardianship There's no question on where that actor lies. Mr. Rocker does not want a guardianship I don't think that any of the parties here and it was in the report of the guardian ad litem Nobody in this case wants to force this type of thing upon anyone. It's to prevent a waste of the estate and The only thing that has changed Well two things they say the only thing two things have changed it appears that his Problem with bipolar disorder has been better maintained since the Initial finding but the other thing has changed since the initial finding and where the money was going Is that he doesn't have the same access to his funds that he had before There's so much money awakened. It's true that he's been able to Budget and not come back to the Guardian and ask hey, I need more money this week I need more money this week. That's true He's on a limited budget there if the budget is unlimited Which if the guardianship is lifted it will be an it'll be limited to the amount of resources that he has Almost suggests that this whole thing could be resolved just by upping the $400 to $800 or $600. Well, I that'd be a method. Of course the state would Would dwindle more quickly, but if that's necessary There's certainly be a lot different than shipping a hundred thousand dollars in South Africa So that that's correct or what happened initially with the I think her name was Clark scam They gave rise to this to begin with I noticed that she's supposed to make restitution my presumption Don't hold your breath. Well That that's what common sense and logic tells me, but I have no No knowledge of that one where the other Is to where that Let me ask you a question and I don't mean this in jest at all, but rather Let us suppose that after it's diagnosed and some of this financial activity is going on and now it's switched and he wants to Travel to a larger city or paid companionship Whether we call it an escort service It would fall under debauchery because that could dwindle in a state Would that be permissible? I? mean in the sense that you recognize that that doesn't have anything to do with potential internet scams or Lonely widows or Anything that you know, we see on TV or we read about it is simply a decisional choice And yet there are those who would say well, that's gonna waste the asset That's not good use of your resources Even if you think you're getting something back from it, what would what would the bank do? Well, I don't know what the bank would do if I were in charge I don't know that you could prevent that money from going to that. Well, how is that different than in choosing? If it's not the product of his disease But it may be you know, maybe the temptation is greater or as the doctor said he might be more susceptible to manipulation We're all susceptible to manipulation in some way or another Spouses or children or grandchildren or society at large in this instance, it's a It's a manipulation that we don't like well in response to that. We're all under manipulation I was reading into the doctor's report when he when the doctors say that susceptible to more susceptible to Manipulation I took that to mean more susceptible than the public at large or for somebody who's quote-unquote normal Yeah, yeah with respect to presuming that Gentleman is under your hypothetical going to partake partake in a suppose a legal activity where That And I don't mean to jest either I don't know how to answer this without a fourth grader and me coming out your honor, and I don't mean to do that That It's a business transaction with a legitimate business purpose say in the state of Nevada and We don't know that to be the case for example We don't know the purpose of this estate in South Africa or Nigeria or whatever but common sense with the judge it's understandable or sure smacks of An illegal activity on the part of someone trying to get money with no chance of benefit other than the partners of state everything else is based on his desire to Further his Christian belief by giving money to people in need true It appeared it appeared to be your honor. Is there any question about his belief? I don't know that we were questioning his beliefs on that. I don't think the court did it matter of fact I think the court believed just the opposite that they didn't know what work wants to donate money based on his Christian beliefs and He chooses to donate the entirety of his estate What's to prevent him from doing well? I don't know what's to prevent him to do that your honor, but the difference here I believe is is the way that it was gone about is that the You There must have been some question There must have been some question in the mind of mr. Rocker as to whether this should be doing and whether it was a compulsion because One of the transactions at least was done under an assent was done under. I think it's part of somebody else's name He didn't disclose those to the doctors that were Examining him there seems to be kind of that there seems there's the appearance of an end run around I'm doing this but that before or after this curse Investigation That was part of the initial investigation if you're talking about the investigation with the phone call, I believe it was before that Have there been conversations then between Mr. Rocker about sending money. Hey, I don't know the answer There are certainly conflicting opinions in this this matter between the doctors and the information that the doctor has and I think that there was also the Assertion that the only thing that the court the trial court had to go on Here was a with two parts one the medical testimony and then it was represented that He must have made the decision based upon this Inadmissible testimony, I would don't point you to The testimony of Miss Coons on Examination of trial and on page 10 of my brief I cited the transcript of hearing volume 2 pages 22 and 23. I should actually be 21 and 22 I apologize for that error because even when I was looking for it yesterday when I knew what I was looking for I was wondering if I had made it up because I couldn't find it immediately and I apologized to counsel for that, too But the question is Miss Coons was based on enrollment part based upon your interactions with. Mr. Rocker. Do you believe he's financially vulnerable? yes, and when we get down to the Basis, well, I believe based upon the information that was obtained from the various Walmarts in the area and the amount of money He's wired to various people. So her decision wasn't even on this phone call And what she had gotten the number she testified as to what she experienced with that particular phone call and understanding that Maybe there's not a particular Not a large amount of weight that should be given to that It doesn't appear from the court's ruling that a lot of weight was given to that We don't know one way or the other but we think that it's on my car You can seen in that it was hearsay. Well If it was offered to prove that he was scammed by that particular individual then Yes, I Don't know. Well, if it wasn't offered for that, why was it off? Well, it was offered to show these are the types of phone calls that he's receiving Not that it was irrelevant unless those types of phone calls involve scams. Oh Less well, yeah, it may be I would concede that But I don't think that you need that that particular testimony to the court didn't need that testimony to reach a particular decision here let me ask you a question about I think you've alluded to this but not said directly that the Psychiatrists evaluations may have been or Were they were not fully informed as to his behavior and his activity in regard to these things that Some could be scams. Some would be legitimate contributions to charitable organizations, but they were not fully informed and That their report showed they were not fully informed about His behavior the report testimony. Yes. Yeah So had they known more about that behavior. I Understand this is speculative might they have come to a different conclusion. They may have we don't know Yeah, I don't I don't mean to suggest that These reports you have to disregard. No, I think it goes to To the weight of their but their reports that are primarily based upon What the client told them or did not tell them and their observations that that's true as as with any medical advice that any of us We would ask that the decision Thank you any rebuttal I Believe the record indicates that dr. Roberts was specifically told by mr. Rocker that he was making these transfers the transcript of dr. Roberts testimony indicates that during his examination. Mr. Rocker That mr. Walker did tell dr. Roberts that Wire transfers had been made by him. He told him they've been sending wire transfers by Western Union So I think that was part of dr. Roberts evaluation of whether or not This decision to send money was the product of a mental illness wasn't that then the other psychiatrists Say something know about I didn't know about you know Both psychiatrists were asked by counsel for the Guardian if you were told that he was doing this with this change your opinion And they both said no it would not so did anybody ever asked mr. Rocker if he would have been satisfied with a Significant increase in his allowance. I don't think anyone ever asked him about that. No with that have Possibly resolved the issue. I don't think it would resolve the issue. I think this is a situation where mr. Rocker Has the same level of capacity to decide what he wants to do with his property as anyone else that's out there and certainly people that give money to Television evangelists who aren't really gonna see a return to that Who may be suffering from some sort of mental illness? They're not subject to a sort of guardianship I think he simply wants to be restored to the ability to manage his own Estate in his own money because he feels he has the same capacity as anyone else that that's out there So I don't think increasing the amount of money that's given to him would be a resolution of the case I Think it's all that's something the court could do Under the modification portion of the statute when it says modify The duties of the Guardian I think mainly from the cases. I've seen that that Involves limiting what the Guardian can do I think if I think mr. Rocker always has the ability to file a petition With the court to say look I don't think the Guardian's giving me enough money I think the courts should order the Guardian to give me more money. I think mr. Rocker always has that Option I think the court under the statute surely has the ability to craft whatever Alternative remedy that they believe is appropriate to try to remedy the situation I think just fear struggle with X if you look at his finding. He said look I've thought about this. It's a close call I've been trying to figure out how to resolve this situation, but I can't come up with anything and so therefore I think the guardianship should continue It's possible that if this court remands this case to the trial court that there may be some Resolution that either the parties of the court could come up with to remedy the situation that is maybe not a complete termination of guardianship, but I think the evidence Establishes that the course decision was against the manifest way of the evidence even based on the current convincing standard that was required Medical testimony is simply not there The the common-sense Evidence is not there Outside of this hearsay testimony that was admitted which was admitted for no reason other than to show that these people that were contacting Mr. Rocker were in fact scammers The mere fact that miss Coons received emails with a mere fact that she received phone calls is of no significance to the case it's the content of those phone calls and the content of those emails and the content of Where these phone calls came from that miss Coons Discovered not through any personal knowledge, but by going on to a website determine where these phone calls came from Which is her reporting her hearsay findings and she's a simply a lay witness She's not an expert and even if all that went into her determination to conclude to the court that mr. Rocker was subject to scammers. That's her lay opinion. She's not an expert on internet crimes. She's not an expert on internet solicitations She's not a medical Expert she's not even received any training and how to conduct any sort of exam or Investigations in the internet crimes or anything like that. That's her lay opinion, which I don't think carries any weight whatsoever The significance of her testimony was what these people who were in Jamaica or in other countries told her during these conversations Because that bolstered the Guardian's claim that mr. Rocker's Assembly other people or it's not charitable as he suggested was not based on his religious beliefs But instead these were scams and the courts should believe miss Coons version of events Not what mr. Rocker said when he said that I believe that this is my duty as a Christian to make these charitable contributions to people in need You throw that evidence out I don't think the Guardian I don't think it's appropriate to continue the guardianship I think you throw that evidence out. The evidence is overwhelming that first off His decisions to send money are not the product of the mental illness He doesn't suffer he doesn't satisfy the definition of a person with a disability anymore It's a knowing decision just like a decision that any of us would make about how we're going to spend our money It may be that the court disagrees with it may not be a wise decision That's not the court's job. The court's job is to determine whether or not it's disabled. Mr. Dempsey, you're out of time. Okay, thanks both of you excellent arguments The case is submitted the court stands in recess until after lunch